**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:
Jason & Denise Adams                                    Bk. No.  19-11743 BAH
                                                        Chapter 7

     Debtor(s)

## ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The Court has before it a reaffirmation agreement filed by the Debtor(s) with Home Point Financial Corp on March 10, 2020 (Doc. No. 15) (the "Reaffirmation Agreement"). The Reaffirmation Agreement as it is not accompanied by any evidence of the claim or copies of the underlying contractual documents. Therefore, the Reaffirmation Agreement is deemed not effective and is disapproved without prejudice to the parties filing an amended reaffirmation agreement dated as of the original date of their agreement.

     ENTERED at Concord, New Hampshire.


Date: March 11, 2020                         /s/ Bruce A. Harwood
                                             Bruce A. Harwood
                                             Chief Judge